# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 00-692-01 |
| | CIVIL NO. 04-675 |
| DENNIS FREEMAN | |

## ORDER

**AND NOW**, this 7th day of September, 2010, upon consideration of Petitioner Dennis Freeman's Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 149), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE